FALK v. SEIDENBERG *et al.*

(*Circuit Court, S. D. New York.* November 12, 1891.)

In Equity. Suit to restrain infringement of copyright. On demurrer to bill. Demurrer overruled.

*Isaac N. Falk* and *Roland Cox,* for plaintiff.

*John B. Talmage* and *Augustus T. Gurlitz,* for defendants.

COXE, J. The decision in *Falk* v. *Schumacher,* 48 Fed. Rep. 222, disposes of this cause also. The demurrer is overruled. The defendants may answer within 20 days.